**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **IBRAHIM MOHAMED ELKAHLOUT** | **CASE NO. 1:26-CV-01248 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **CARIDAD CEPHAS KIMBROUGH, ET AL.** | **MAGISTRATE JUDGE LEBLANC** |

# JUDGMENT

Before the Court is the Report and Recommendation of the Magistrate Judge [ECF No. 23], to which no party has filed an objection. Following a *de novo* review of the record, the Court finds the findings and conclusions of the Report and Recommendation are correct. Accordingly,

IT IS HEREBY ORDERED that Petitioner Ibrahim Mahamed Elkahlout's petition for habeas corpus [ECF No. 1] is GRANTED, and Respondents are ORDERED to: (1) immediately release Petitioner from custody without bond, under reasonable conditions of supervision if necessary, (2) notify Petitioner's counsel of the exact location and time of release no less than two hours before Petitioner's release, and (3) provide Petitioner with all property he had at the time he was detained by Respondents.

IT IS FURTHER ORDERED that any possible or anticipated removal or transfer of Petitioner under the present detention is PROHIBITED.[1]

[1] The Court expresses no opinion as to whether Petitioner could or should be taken into custody at a later date if travel documents were to be obtained.

IT IS FURTHER ORDERED that respondents, withing 24 hours of Petitioner's release, are to file a status report confirming Petitioner's release.

The Clerk of Court is INSTRUCTED to terminate ECF No. 24 as MOOT.

THUS DONE in Chambers on this 15th day of September, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE